IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:00-CR-00393-01 BR |
| Plaintiff, | PROPOSED ORDER FOR WITHDRAWAL AND DISBURSEMENT OF REGISTRY FUNDS |
| v. | |
| SHAWN DEL PITTS, | |
| Defendant. | |

Upon the motion of the United States for withdrawal and disbursement of registry funds, and in accordance with the Judgment entered June 18, 2013, the funds in the amount of $7,463.00, deposited with the Court pursuant to the Order to Deposit, Docket #15, shall be transferred to restitution to be disbursed to the victim(s) as ordered in the Judgment in this case.

IT IS SO ORDERED this _20th_ day of June, 2013.

_____
ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

S. AMANDA MARSHALL
United States Attorney

/s/ Robert D. Nesler
ROBERT D. NESLER
Assistant United States Attorney

FOR COURT USE ONLY

APPROVED AS TO FORM:

MARY MORAN, Clerk of Court

_____
By: Financial Administrator